**T.F.H. PUBLICATIONS, INC., Plaintiff–Appellant,**

v.

**DOSKOCIL MANUFACTURING COMPANY, INC., Defendant– Appellee.**

No. 2013–1030.

United States Court of Appeals, Federal Circuit.

June 5, 2013.

Russell S. Burnside, Greenberg, Dauber, Epstein & Tucker, P.C., of Newark, NJ, argued for plaintiff-appellant.

Gregory S. Tamkin, Dorsey & Whitney, LLP, of Denver, CO, argued for defendant-appellee.

DYK, BRYSON, and WALLACH, Circuit Judge.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.